ORIGINAL

DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 9/16/26

**MEMORANDUM ENDORSEMENT**

New York 555, LLC v. 1055 Park Ave 1 LLC, et al.,
25-cv-1687 (LLS)

Plaintiff New York 555, LLC filed this action seeking to foreclose the mortgage encumbering the real property known as 1055 Park Avenue, Unit 1, New York, NY 10028 and identified on the New York County Tax Map as Block: 1515 Lot: 1902. On November 10, 2025, plaintiff voluntarily dismissed defendants John Doe and Jane Doe. On November 18, 2025, plaintiff obtained a Clerk's Certificate of Default as to all remaining defendants. Plaintiff moved for default judgment of foreclosure and sale as to the remaining defendants on December 30, 2025.

On February 24, 2026, defendant Jeffery Simpson alerted this Court that he filed a voluntary petition of bankruptcy with the United States Bankruptcy Court for the Southern District of New York, Case No. 26-10359 (LGB). On July 23, 2026, the Bankruptcy Court issued an order confirming that the automatic bankruptcy stay did not affect the real property at issue in this proceeding or the membership interest in defendant 1055 Park Ave 1 LLC, since neither were part of Simpson's bankruptcy estate at the time of his petition.

Plaintiff's motion for default judgment is granted. It is enough that plaintiff has alleged facts, accepted as true following the remaining defendants' default, sufficient to establish liability on its claims. See City of New York v. Mickalis Pawn Shop, LLC, 645 F. 3d 114, 137 (2d Cir. 2011). Similarly, plaintiff has sufficiently alleged nominal liability against the City defendants and the Board of Managers for the purpose of removing any liens and interest in the property subordinate to plaintiff's interest. See Windward Bora, LLC v. Mohamed, 2023 WL 8879295, at *4 (S.D.N.Y. Dec. 22, 2023).

With one exception, plaintiff's requested damages are granted. Plaintiff has provided the required documentation to determine damages with a reasonable certainty, and that entitles plaintiff to the requested damages. See Hosking v. New World Mortg., Inc., 570 F. App'x 28, 31 (2d Cir. 2014). The Note

securing the mortgage entitles plaintiff to payment of the principle, $3,300,000, plus interest accrued to date, which amounts to $1,667,964.04. The Note also entitles plaintiff to recover its advanced insurance payment of $8,488.60 as a cost of securing its interest in the property. However, the Court will not award costs for the UCC auction that was vacated. Therefore, taking into account the suspense balance of $13,750, plaintiff is entitled to damages of $4,962,702.64.

Plaintiff's request for attorneys' fees is granted as to fees already incurred. The Note contains sufficiently clear language providing for such an award, see Wells Fargo Bank, N.A. v. Prince 26, LLC, 2026 WL 2389047, at *6 (S.D.N.Y. Apr. 28, 2026), and plaintiff has provided sufficient documentation to demonstrate that the incurred fees are reasonable. See McDonald ex rel Prendergast v. Pension Plan of the NYSA-ILA Pension Tr. Fund, 450 F.3d 91, 96 (2d Cir. 2006). However, there is not sufficient basis to award anticipated fees and costs associated with a foreclosure sale, so that portion of plaintiff's request is denied. Plaintiff is entitled to $17,833.98 in attorneys' fees now and may make an additional application for attorneys' fees associated with the sale after its completion.

The Clerk of the Court is respectfully directed to close this case, which will not preclude plaintiff's later application for additional attorneys' fees.

So ordered.

Dated: New York, New York
September 16, 2026

Louis L. Stanton

LOUIS L. STANTON
U.S.D.J.

Case 1:25-cv-01687-LLS Document 47 Filed 09/30/25 Page 1 of 2

MEMO ENDORSED

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X

NEW YORK 555, LLC,

*Plaintiff,*

Case No.: 25-cv-01687-LLS

-against –

**NOTICE OF MOTION**

1055 PARK AVE 1 LLC; JEFFREY SIMPSON; CITY OF NEW YORK TRANSIT AUTHORITY TRANSIT ADJUDICATION BUREAU; CITY OF NEW YORK DEPARTMENT OF TRANSPORTATION PARKING VIOLATIONS BUREAU; CITY OF NEW YORK DEPARTMENT OF FINANCE; BOARD OF MANAGERS OF THE 1055 PARK AVENUE CONDOMINIUM; JOHN DOE and JANE DOE, the last two names being fictitious, it being intended to name all other parties who may have some interest in or lien upon the premises described in the complaint,

*Defendant.*
------------------------------------------------------------------X

MEMO ENDORSED

**TO ALL PARTIES AND THEIR COUNSEL OF RECORD:**

**PLEASE TAKE NOTICE** that plaintiff New York 555, LLC ("Plaintiff") will and hereby does move this Court for an order granting Plaintiff Default Judgment pursuant to Federal Rule of Civil Procedure 55(b)(2) and Local Civil Rule 55.2(b) against defendants 1055 PARK AVE 1 LLC; JEFFREY SIMPSON; CITY OF NEW YORK TRANSIT AUTHORITY TRANSIT ADJUDICATION BUREAU; CITY OF NEW YORK DEPARTMENT OF TRANSPORTATION PARKING VIOLATIONS BUREAU; CITY OF NEW YORK DEPARTMENT OF FINANCE; and BOARD OF MANAGERS OF THE 1055 PARK AVENUE CONDOMINIUM (collectively the "Defendants"), and for such other and further relief as this Court may deem just and proper.

The Motion will be heard on ***a time and date to be designated by the Court before the***

***Honorable Judge Louis L. Stanton, United States District Judge for the Southern District of New York, located at 500 Pearl Street, New York, NY 10007.***

The Motion is based upon this Notice, the concurrently filed Memorandum of Law, the Declaration of Danielle P. Light, Esq., and attached exhibits, the Declaration of John Ramer and attached exhibits, and upon all papers and documents on file herein, the Court's files concerning this action, together with those facts and documents of which the parties request judicial notice and/or matters which judicial notice is proper, as well as any oral argument which may be presented at the time of the hearing.

Dated: December 30, 2025

**HASBANI & LIGHT, P.C.**

*/s/ Danielle Light*
Danielle Light, Esq.
450 Seventh Avenue, Suite 1901
New York, New York 10123
Telephone: (212) 643-6677
Email: dlight@hasbanilight.com
*Counsel for Plaintiff*