**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------X

NEW YORK 555 LLC,

Plaintiff,

25 **CIVIL** 1687 (LLS)

-against-

**DEFAULT JUDGMENT**

1055 PARK AVE 1 LLC et al,

Defendants.

---------------------------------------------------------------X

It is hereby **ORDERED, ADJUDGED, AND DECREED**, That pursuant to the Court's Order dated September 16, 2026, Plaintiffs' motion for a default judgment is granted in the amount of $ 4,962,702.64; accordingly, judgment is entered in favor of Plaintiff New York 555 LLC against Defendants 1055 Park Ave 1 LLC; Jeffrey Simpson; City of New York Department of Transportation Parking Violations Bureau; City of New York Department of Finance; Board of Managers of the 1055 Park Avenue Condominium; and City of New York Transit Authority Transit Adjudication Bureau, in the amount of $ 4,962,702.64 plus $17,833.98 in attorney's fees, and the case is closed.

**DATED**: New York, New York
September 18, 2026

**TAMMI M. HELLWIG**

**Clerk of Court**

**BY:** [signature]
**Deputy Clerk**